RICHARD SHERWOOD WEBSTER AND BENNY MITCHELL CHURCH v. HARRELL POWELL, JR.

No. 258A90

(Filed 10 January 1991)

APPEAL by plaintiffs from the decision of a divided panel of the Court of Appeals, 98 N.C. App. 432, 391 S.E.2d 204 (1990), affirming a judgment of directed verdict in favor of defendant entered 21 October 1988, by *Morgan, J.*, in Superior Court, FORSYTH County. Heard in the Supreme Court 12 December 1990.

*Robert R. Schoch for plaintiff appellants.*

*Womble Carlyle Sandridge & Rice, by William C. Raper and G. Michael Barnhill, for defendant appellee.*

PER CURIAM.

For the reasons stated in the opinion for the Court of Appeals by Orr, J., relating to the statute of limitations on defendant's alleged malpractice, and relating to the failure of the insurance policy in question to cover the fiduciary duties alleged, the decision of the Court of Appeals is affirmed.

Affirmed.